NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROSALYN C. WILLIAMS,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2013-3110

---

Petition for review of the Merit Systems Protection Board in No. NY844E130101-I-1.

---

**ON MOTION**

---

**O R D E R**

Rosalyn C. Williams moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

ROSALYN WILLIAMS V. MSPB                                                      2

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s23